UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SUSAN LEONHART,

    Plaintiff,

  v.

NATURE'S PATH FOODS, INC.,

    Defendant.

Case No. 13-cv-00492-BLF

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The parties' request for a continuance of the Case Management Conference is GRANTED. The Case Management Conference scheduled for January 15, 2015 is CONTINUED to March 19, 2015 at 1:30 p.m. in Courtroom 3, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113.

In the event that Defendant moves to dismiss the Third Amended Complaint, the parties may request that the Case Management Conference be reset for the same date as the hearing on the motion.

**IT IS SO ORDERED.**

Dated: January 13, 2015

_____
BETH LABSON FREEMAN
United States District Judge